---

**Fill in this information to identify the case and this filing:**

Debtor Name ___The Produce Connection, Inc.___

United States Bankruptcy Court for the: ___Southern___    District of ___Florida___
 (State)

Case number (*If known*): ___16-26156-AJC___

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

---

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/1/2017___
  MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

___Bruce Fishbein___
Printed name

___President___
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name __The Produce Connection, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __FL__
                                                                    (State)

Case number (If known): __16-26156-AJC__

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Sabadell United Bank | Business Checking | 1 8 0 8 | $  81,294.00 |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $  81,294.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    The Produce Connection, Inc.
_____
Name

Case number *(if known)* 16-26156-AJC
_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   661,080.48 — unknown = .......➔   $ 661,080.48

face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   97,371.21 — 10,119.37 = .......➔   $ 87,251.84

face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 748,332.32

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  The Produce Connection, Inc.
    Name

Case number *(if known)* 16-26156-AJC

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor   The Produce Connection, Inc.
         Name
Case number *(if known)*   16-26156-AJC

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Please see attached | $_____ | _____ | $ Est. 2,885.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Please see attached | $_____ | _____ | $ Est. 151,615.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ Est. $ 154,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor    The Produce Connection, Inc.
_____
Name

Case number *(if known)* __16-26156-AJC__

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Please see attached with Notes | $ | | $ 305,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 N/A | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 N/A | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| FAM Dorothy Vegetable & Fruit Dicer | $ Est. $40,000 | Alliance Funding | $ 40,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 345,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   The Produce Connection, Inc.
         Name

Case number (if known)   16-26156-AJC

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Warehouse | Own | $ 2,500,000.00 | Bill Isnor Appraiser | $ 2,500,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☒ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

---

Debtor    The Produce Connection, Inc.
          _____    Case number *(if known)* 16-26156-AJC
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

NBA Miami Heat Season Tickets _____    $ 4,500.00 Est.

Morris' Miami Dolphins Season Tickets _____    $ 8,000.00 Est.

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 12,500.00 Est.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor   The Produce Connection, Inc.
Name

Case number (if known)   16-26156-AJC

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 81,294.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 748,332.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 154,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 345,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➔ | | $ 2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 12,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 1,341,626.32 | + 91b. $ 2,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...............................................................   $ 3,841,626.32

The Produce Connection, Inc.                                                    Case number: 16-26156-AJC

| | OFFICE FURNITURE | | | |
|---|---|---|---|---|
| | Quantity | Item description (make and model) | Location | Estimated Value |
| 39a. | 8 | Cublics with desks and shelving | The Produce Connection | $ 800.00 |
| 39b. | 8 | Desks | The Produce Connection | $ 800.00 |
| 39c. | 10 | Office Chairs | The Produce Connection | $ 250.00 |
| 39d. | 1 | Conference room table | The Produce Connection | $ 200.00 |
| 39e. | 6 | Conference room chairs | | $ 60.00 |
| 39f. | 11 | Large Filing Cabinets | The Produce Connection | $ 550.00 |
| 39g. | 3 | Fire Resistant Filing Cabinets | The Produce Connection | $ 225.00 |
| | | | TOTAL ESTIMATED VALUE: | $ 2,885.00 |

The Produce Connection, Inc.                                                    Case number: 16-26156-AJC

| | OFFICE EQUIPMENT | | | |
|---|---|---|---|---|
| | Quantity | Item description (make and model) | Location | Estimated Value |
| 41a. | 18 | Desktop Computers with Monitors | The Produce Connection | $ 8,000.00 |
| 41b. | 21 | Samsung Desk Telephones | The Produce Connection | $ 1,050.00 |
| 41c. | 4 | Small Desk Printers | The Produce Connection | $ 200.00 |
| 41d. | 4 | Electric Pallet Jacks | The Produce Connection | $ 5,000.00 |
| 41e. | 4 | Manual Pallet Jacks | The Produce Connection | $ 500.00 |
| 41f. | 3 | Fork Lifts | The Produce Connection | $ 10,000.00 |
| 41g. | 25 | Aluminum Hand Carts | The Produce Connection | $ 1,250.00 |
| 41h. | 1 | Precooler | The Produce Connection | $ 2,000.00 |
| 41i. | 2 | Small Battery Chargers | The Produce Connection | $ 1,000.00 |
| 41j. | 1 | Large Battery Charger | The Produce Connection | $ 2,000.00 |
| 41k. | 1 | Air Compressor Outside of Warehouse | The Produce Connection | $ 150.00 |
| 41l. | 1 | Industrial Generator | The Produce Connection | $ 75,000.00 |
| 41m. | 8 | Stainelss Steel Tables in Warehouse | The Produce Connection | $ 800.00 |
| 41n. | 3 | Electronic Weighing Scale | The Produce Connection | $ 400.00 |
| 41o. | 2 | Hand Sealers | The Produce Connection | $ 50.00 |
| 41p. | 1 | Kryo Vac Machine | The Produce Connection | $ 200.00 |
| 41q. | 1 | Deli Slicer | The Produce Connection | $ 500.00 |
| 41r. | 1 | Dorothy Slicer and Dicer | The Produce Connection | $ 40,000.00 |
| 41s. | 2 | Potato Peeler Machine (1 small, 1 Large) | The Produce Connection | $ 1,000.00 |
| 41t. | 1 | Small Slice and Dicing Machine | The Produce Connection | $ 1,000.00 |
| 41u. | 1 | Triple Wash Sink | The Produce Connection | $ 200.00 |
| 41v. | 1 | Manual Hand Slicer | The Produce Connection | $ 200.00 |
| 41w. | 1 | Payclock | The Produce Connection | $ 150.00 |
| 41x. | 1 | Projector | The Produce Connection | $ 200.00 |
| 41y. | 1 | Projector Screen | The Produce Connection | $ 100.00 |
| 41z. | 2 | Mini Refrigerators | The Produce Connection | $ 75.00 |
| 41aa. | 1 | Regular Refrigerator | The Produce Connection | $ 200.00 |
| 41ab. | 3 | Microwaves | The Produce Connection | $ 125.00 |
| 41ac. | 2 | Telephone Headsets | The Produce Connection | $ 200.00 |
| 41ad. | 1 | Toaster Oven | The Produce Connection | $ 50.00 |
| 41ae. | 1 | Large Paper Cutter | The Produce Connection | $ 15.00 |
| | | | TOTAL ESTIMATED VALUE: | $ 151,615.00 |

The Produce Connection, Inc.                                                    Case number: 16-26156-AJC

**Part 8 #47**

| | TRUCK# | MODEL | YEARS | VIN# | Estimated Value |
|---|---|---|---|---|---|
| 47.1 | van#1 | SPRINTER | 2006 | WDYPD644065963080 | Est. $ 7,000 |
| 47.2 | van#2 new | MERCEDEZ | 2012 | WD3PF3CC3C5622484 | Est. $ 20,000 |
| 47.3 | truck #03 | CHEVROLET | 2007 | J8BC4B16277014474 | Est. $ 5,000 |
| 47.4 | truck#05 | CHEVROLET | 2009 | J8BC4W16597000921 | Est. $ 6,000 |
| 47.5 | truck#101 | ISUZU | 2014 | JALE5W164E7301235 | Est. $ 40,000 |
| 47.6 | truck#102 | PETERBUILT | 2011 | 2NP2HM7X1BM131416 | Est. $ 30,000 |
| 47.7 | truck#103 | ISUZU | | JALE5W164E7301266 | Est. $ 3,000 |
| 47.8 | truck#104 | ISUZU | 2014 | JALE5W163E7301260 | Est. $ 40,000 |
| 47.9 | truck#105 | HINO | 2002 | JHBFD2JM721S10336 | Est. $ 2,000 |
| 47.10 | truck#107 | PETERBUILT | 1997 | 1XPNHFX4TN405255 | Est. $ 2,000 |
| 47.11 | truck#108 | MITSUBISHI | 2008 | JL6CCG1S38K015922 | Est. $ 3,000 |
| 47.14 | truck #113 | MITSUBISHI | 2004 | JL6BBE1HX4K007723 | Est. $ 2,000 |
| 47.15 | truck#114 | ISUZU | 2014 | JALE5W166E7300944 | Est. $ 40,000 |
| 47.16 | truck#115 | ISUZU | 2015 | JALE5W165F7302251 | Est. $ 40,000 |
| 47.17 | truck#116 | ISUZU | 2015 | JALE5W164F7302239 | Est. $ 40,000 |
| 47.19 | WHITE PICK UP | CHEVROLET/2500 | 1997 | 1GCGC29F1VE150685 | Est. $0.00 |
| 47.20 | WHITE PICK UP | DOGE RAMS1500 | 2012 | 1C6RD6FT5CS334332 | Est. $ 10,000 |
| 47.21 | WHITE PICK UP | DOGE RAMS1500 | 2013 | 1C6RR6FG9ES243040 | Est. $ 15,000 |
| | | | | Total | $         305,000.00 |

**Fill in this information to identify the case:**

Debtor name        The Produce Connection, Inc.

United States Bankruptcy Court for the:    Southern    District of    FL
                                                                    (State)

Case number (If known):    16-26156-AJC

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Sabadell United Bank | Warehouse Building | $ 1,200,000.00 | $ 2,500,000.00 |

Creditor's mailing address
5901 Miami Lakes Dr.
Miami Lakes, FL 33014

2200 N.W. 23rd Street
Miami, FL 33142

Describe the lien    First Mortgage

Creditor's email address, if known
jaime.ortega@sabadellbank.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    June 2001

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number    6  4  9  4

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Small Business Administration | The Produce Connection | $ 263,000.00 | $ 2,500,000.00 |

Creditor's mailing address
P.O. Box 740192
Atlanta, GA 30374-0192

2200 N.W. 23rd Street
Miami, FL 33142

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    August 2010

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number    6  0  0  7

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☒ Yes. The relative priority of creditors is specified on lines  2.3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,663,000.00

| Debtor | The Produce Connection ,Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 16-26156-AJC |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

Sabadell United Bank

**Creditor's mailing address**

1111 Brickell Avenue, Suite 2900

Miami, FL 33131-3129

**Creditor's email address, if known**

**Date debt was incurred** October 2008

**Last 4 digits of account number** 8 0 2 C

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [x] Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

The Produce Connection

2200 N.W. 23rd Street

Miami, FL 33142

$ 200,000.00    $ 2,500,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**2._** Creditor's name

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

**Is the creditor an insider or related party?**
- [ ] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Debtor    The Produce Connection, Inc.                                Case number (if known) 16-26156-AJC
          Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    The Produce Connection, Inc.

United States Bankruptcy Court for the:   Southern   District of   FL
                                                  (State)

Case number   16-26156-AJC
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

Please see attached

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3**   Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    The Production Connection, LLC

Name

Case number (if known) 16-26156-AJC

---

**Part 1.** | **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $_____    **Priority amount** $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor __The Produce Connection, Inc._____    Case number _(if known)_ __16-26156-AJC_____
        Name

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ _____ |

**3.1** | Nonpriority creditor's name and mailing address

Please see attached

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.2** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.3** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.4** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.5** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.6** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor    The Produce Connection, Inc.

Name

Case number *(if known)*    16-26156-AJC

---

| **Part 2:** | **Additional Page** |

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Debtor   The Produce Connection, Inc.
_____
Name

Case number *(if known)*  16-26156-AJC
_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    The Produce Connection, Inc.                                Case number *(if known)*  16-26156-AJC
          _____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

4.___ _____  Line _____
      _____  ☐ Not listed. Explain _____   __ __ __ __
      _____     _____

Debtor    The Produce Connection, Inc.                                   Case number *(if known)*    16-26156-AJC
         _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 2,077,885.57 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 649,866.94 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,727,752.51 |

The Produce Connection, Inc.

**PART 1 # 2**

| | PRIORITY LEVEL | CLAIM STATUS | OFFSET? | ACCOUNT # | VENDOR NAME | ADDRESS | | CITY | STATE | ZIP CODE | CLAIM AMOUNT | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | WAGES PRIORITY | | NO | | Avenado, Hilario A. | 320 Ne 54 St # 4 | | Miami | FL | 33137 | 373.18 | 373.18 |
| 2.2 | WAGES PRIORITY | | NO | | Chavez, Arody | 954 SW 4 St. | Apt 4 | Miami | FL | 33130 | 141.50 | 141.50 |
| 2.3 | WAGES PRIORITY | | NO | | Choy, Alberto | 2816 SW 7th Street | | Miami | FL | 33135 | 530.25 | 530.25 |
| 2.4 | WAGES PRIORITY | | NO | | Concepcion, Jose | 4520 Nw 6 St | | Miami | FL | 33126 | 390.00 | 390.00 |
| 2.5 | WAGES PRIORITY | | NO | | Contreras Nunez, Ignacio | 1940 SW 4th Street | Apt # 3 | Miami | FL | 33135 | 103.00 | 103.00 |
| 2.6 | WAGES PRIORITY | | NO | | Cortez, Noe T. | 459 W 43 Pl | | Miami | FL | 33012 | 221.38 | 221.38 |
| 2.7 | WAGES PRIORITY | | NO | | Deleon, Juan | 855 NW 44 Ave | Apt 21 | Miami | FL | 33126 | 244.50 | 244.50 |
| 2.8 | WAGES PRIORITY | | NO | | Diaz, Lydia | 851 SE 8th Ct. | | Hialeah | FL | 33010 | 255.60 | 255.60 |
| 2.9 | WAGES PRIORITY | | NO | | Felder, Raymond E. | 3412 NW 176 Ter. | | Miami Gardens | FL | 33056 | 212.75 | 212.75 |
| 2.10 | WAGES PRIORITY | | NO | | Ferrer, Sergio | 2300 Sw 129 Avenue | | Miami | FL | 33175 | 414.38 | 414.38 |
| 2.11 | WAGES PRIORITY | | NO | | Fishbein, Yesenia A. | 11725 SW 117th Ct. | | Miami | FL | 33186 | 1,406.25 | 1,406.25 |
| 2.12 | WAGES PRIORITY | | NO | | Foust, Anton | 3401 NW 202 St | | Miami Gardens | FL | 33056 | 136.35 | 136.35 |
| 2.13 | WAGES PRIORITY | | NO | | Fries, Chris | 5592 Se 114 Ave | | Cooper City | FL | 33330 | 260.00 | 260.00 |
| 2.14 | WAGES PRIORITY | | NO | | Fuentes, Lissette C. | 510 Sw 167th Ave | | Weston | FL | 33326 | 171.60 | 171.60 |
| 2.15 | WAGES PRIORITY | | NO | | Galarza, Jennifer | 1940 SW 4th St. | Apt 3 | Miami | FL | 33135 | 241.34 | 241.34 |
| 2.16 | WAGES PRIORITY | | NO | | Garcia, Maria N. | 15519 Miami Lakeway North | Apt# 202 | Miami Lakes | FL | 33014 | 281.50 | 281.50 |
| 2.17 | WAGES PRIORITY | | NO | | Gonzalez, Marcelino | 2181 Nw 48th Street | | Miami | FL | 33142 | 382.34 | 382.34 |
| 2.18 | WAGES PRIORITY | | NO | | Guzman, Elizabeth | 1084 NW 24 St | Apt 2 | Miami | FL | 33127 | 274.58 | 274.58 |
| 2.19 | WAGES PRIORITY | | NO | | Hamid, Awad A. | 2401 NW 23 Street | Apt 201 | Miami | FL | 33142 | 280.00 | 280.00 |
| 2.20 | WAGES PRIORITY | | NO | | Hernandez, Milay | 150 E 1st Ave | Apt 1415 | Hialeah | FL | 33010 | 183.95 | 183.95 |
| 2.21 | WAGES PRIORITY | | NO | | Hernandez, Nora | 2400 NW 22 Ct., Apt 22 | | Miami | FL | 33142 | 252.00 | 252.00 |
| 2.22 | WAGES PRIORITY | | NO | | Herrera, Maximo | 1940 Sw 4th Street | Apt# 3 | Miami | FL | 33135 | 515.01 | 515.01 |
| 2.23 | WAGES PRIORITY | | NO | | Larramendi, Jose A. | 800 Capri Street | Apt 204 | Coral Gables | FL | 33134 | 258.83 | 258.83 |
| 2.24 | WAGES PRIORITY | | NO | | Leyva, Francisco | P.O. Box 22689 | | Hialeah | FL | 33002 | 93.00 | 93.00 |
| 2.25 | WAGES PRIORITY | | NO | | Marquez, Tatiana | P.O. Box 22689 | | Hialeah | FL | 33002 | 320.00 | 320.00 |
| 2.26 | WAGES PRIORITY | | NO | | Martinez, Ludwig Alexis | 3131 Nw 99 Street | | Miami | FL | 33197 | 363.71 | 363.71 |
| 2.27 | WAGES PRIORITY | | NO | | Morales, Lazaro | 9975 Sw 213 Ter. | | Miami | FL | 33189 | 204.00 | 204.00 |
| 2.28 | WAGES PRIORITY | | NO | | Nottage, Katrina L. | 2901 NW 135th Street | | Opa-locka | FL | 33054 | 50.00 | 50.00 |
| 2.29 | WAGES PRIORITY | | NO | | Obregon, Reynaldo | 18113 SW 139 PL. | | Miami | FL | 33177 | 800.00 | 800.00 |
| 2.30 | WAGES PRIORITY | | NO | | Perez, Juan | 150 E 1st Ave | Apt 1415 | Hialeah | FL | 33010 | 321.75 | 321.75 |
| 2.31 | WAGES PRIORITY | | NO | | Perez, Manuel | 1996 NW 50 Street | | Miami | FL | 33142 | 371.00 | 371.00 |
| 2.32 | WAGES PRIORITY | | NO | | Pina, Ernesto | 2760 W. 76 Street | Apt 103 | Hialeah | FL | 33016 | 84.00 | 84.00 |
| 2.33 | WAGES PRIORITY | | NO | | Reyes, Wilmer | 1043 Sw 2 Street | | Miami | FL | 33130 | 350.00 | 350.00 |
| 2.34 | WAGES PRIORITY | | NO | | Riestra, Juan | 341 North 71st Ave | | Hollywood | FL | 33024 | 2,000.00 | 2,000.00 |
| 2.35 | WAGES PRIORITY | | NO | | Rodriguez, Ibelkis | 301 E. 16 St. | | Hialeah | FL | 33010 | 171.60 | 171.60 |
| 2.36 | WAGES PRIORITY | | NO | | Rodriguez, Vilma | 2035 NW 26 Street | Rear | Miami | FL | 33142 | 252.00 | 252.00 |
| 2.37 | WAGES PRIORITY | | NO | | Saglime, Robert G. | 1530 Nw 96th Ave | | Pembroke Pines | FL | 33024 | 566.66 | 566.66 |
| 2.38 | WAGES PRIORITY | | NO | | Segnon, Sergio | 1740 NW 60 Street | | Miami | FL | 33142 | 263.45 | 263.45 |
| 2.39 | WAGES PRIORITY | | NO | | Selva, Juan F. | 2710 Sw 66th Ter | | Miramar | FL | 33023 | 394.50 | 394.50 |
| 2.40 | WAGES PRIORITY | | NO | | Serrano, Joaquin | 1045 NW 24 Street | | Miami | FL | 33127 | 700.00 | 700.00 |
| 2.41 | WAGES PRIORITY | | NO | | Walker, Corael | 2172 NW 47 Ter. | | Miami | FL | 33142 | 100.00 | 100.00 |
| 2.42 | PACA PRIORITY | | NO | AMRFRU | American Fruit & Produce Corp | 12805 NW 42 Avenue | | Opa Locka | FL | 33054 | 3,297.00 | 3,297.00 |
| 2.43 | PACA PRIORITY | | NO | AMERICA | American Select Produce | 9330 NW 35 Court | | Miami | FL | 33147 | 5,396.00 | 5,396.00 |
| 2.44 | PACA PRIORITY | | NO | PUPY | Arnaldo J. Cabrera | 8248 NW 6th Ter. | Apt 217 | Miami | FL | 33126 | 6,320.00 | 6,320.00 |
| 2.45 | PACA PRIORITY | | NO | BAYSHORE | Bayshore Produce LLC | 1418 E. Bloomingdale Ave | | Valrico | FL | 33596 | 372,965.38 | 372,965.38 |
| 2.46 | PACA PRIORITY | | NO | BLISS | Bliss Produce | 3119 E 3rd Ave. | | Tampa | FL | 33605 | 39,141.42 | 39,141.42 |
| 2.47 | PACA PRIORITY | | NO | BUUFAR | Buurma Farms Inc | 3909 Kok Rd | | Willard | OH | 44890 | 41,248.10 | 41,248.10 |
| 2.48 | PACA PRIORITY | | NO | CHRCO0 | C.H. Robinson Worldwide | 14800 Charlson Road. | Suite 950 | Eden Prairie | MN | 55347 | 39,575.80 | 39,575.80 |
| 2.49 | PACA PRIORITY | | NO | CACLHE | Cahaba Clubs Herbal Outpost, Inc | 18625 Rustic Woods Trail | | Odessa | FL | 33556 | 1,255.25 | 1,255.25 |
| 2.50 | PACA PRIORITY | | NO | CAMFAR | Cambridge Farms Inc | 24 Norfolk Ave | Suite C | South Easton | MA | 02375 | 28,921.50 | 28,921.50 |
| 2.51 | PACA PRIORITY | | NO | CAPRO | Capital Produce Distributors | P.o. Drawer 1697 | 7210 H Broad River Rd | Irmo | SC | 29063 | 41,191.80 | 41,191.80 |
| 2.52 | PACA PRIORITY | | NO | CAPR1 | Capro, Inc. | 175 East 96 Street | Suite 26 R | New York | NY | 10128 | 1,680.00 | 1,680.00 |
| 2.53 | PACA PRIORITY | | NO | CEBOLLAS | Cebollas El Fali E Hijos S. L. | CEBOLLAS EL FALI E HIJOS,SL | CALLE VIRGIN DE FATIMA 22 | 41590 LA RODA DE AN | SP | | 19,380.00 | 19,380.00 |
| 2.54 | PACA PRIORITY | | NO | CEEBEE | Cee Bee | Po Box 2499 | | Valdosta | GA | 31604-249 | 10,945.20 | 10,945.20 |
| 2.55 | PACA PRIORITY | | NO | CHV | Champlain Valley Specialty | Dept 333, | PO Box 4346 | Houston | TX | 77210-4346 | 1,856.00 | 1,856.00 |
| 2.56 | PACA PRIORITY | | NO | CHPRCO | Chano Produce Corporation | 1200 N.w. 22nd Street | Bay 6366 | Miami | FL | 33142 | 16,805.00 | 16,805.00 |
| 2.57 | PACA PRIORITY | | NO | CHUR1 | Church Brothers LLC | PO Box 509 | | Salinas | CA | 90902-0509 | 135,595.50 | 135,595.50 |

The Produce Connection, Inc.                                                                                                                          Case number: 16-26156-AJC

| | PRIORITY LEVEL | CLAIM STATUS | OFFSET? | ACCOUNT # | VENDOR NAME | ADDRESS | | CITY | STATE | ZIP CODE | CLAIM AMOUNT | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.58 | PACA PRIORITY | | YES | COOSMI | Cooseman's Miami Inc | PO BOX 420396 | | Miami | FL | 33127 | 81,842.55 | 81,842.55 |
| 2.59 | PACA PRIORITY | | NO | COTT | Cottle Strawberry Nursery Inc | 2488 Nc Hwy 403 West | | Faison | NC | 28341 | 547.00 | 547.00 |
| 2.60 | PACA PRIORITY | | NO | CRYVAL | Crystal Valley Foods  Inc | P O Box 526605 | 2950 NW 74 Ave | Miami | FL | 33152-660 | 33,403.25 | 33,403.25 |
| 2.61 | PACA PRIORITY | | NO | DAMAIN | Dayoub Marketing Inc | P.o. Box 146 | | Fredonia | NY | 14063 | 1,555.00 | 1,555.00 |
| 2.62 | PACA PRIORITY | | NO | DELEHA | De Leon Produce Sales Inc | 25700 SW 212 Ave | | Homestead | FL | 33031 | 7,902.50 | 7,902.50 |
| 2.63 | PACA PRIORITY | | NO | DEMOFP | Del Monte Fresh Produce | Bank of America Lockbox Servic | P O Box 741308 | Atlanta | GA | 30374 | 1,630.00 | 1,630.00 |
| 2.64 | PACA PRIORITY | | NO | RAM | Distributors Ramirez Corp | 1406 NW 23 st | | Miami | FL | 33142 | 4,736.00 | 4,736.00 |
| 2.65 | PACA PRIORITY | | NO | DOM | Domingo Produce Corp | 2140 Nw 13 Ave | | Miami | FL | 33142 | 486.00 | 486.00 |
| 2.66 | PACA PRIORITY | | NO | EASTCOAS | East Coast Ag Products, Inc | 300 N. Krome Ave, Bldg 5 | | Florida City | FL | 33034 | 4,338.75 | 4,338.75 |
| 2.67 | PACA PRIORITY | | YES | EDCO | Eddy Coto Produce | 2151 N W  13 AVE | BAY  16-17 | MIAMI | FL | 33142 | 5,358.00 | 5,358.00 |
| 2.68 | PACA PRIORITY | | NO | ED | Edward L. Myrick Produce | 1255 W. Atlantic Blvd | # 320 | Pompano Beach | FL | 33069 | 2,220.50 | 2,220.50 |
| 2.69 | PACA PRIORITY | | NO | ELEDIS | Elegance Distributors Inc. | P.o. Box 275 | | Eaton Rapids | MI | 48827-0275 | 120.00 | 120.00 |
| 2.70 | PACA PRIORITY | | NO | ERNES | Erneston & Sons Produce Inc | 1220 Ortega Rd | | West Palm Beach | FL | 33405-1022 | 8,951.22 | 8,951.22 |
| 2.71 | PACA PRIORITY | | NO | FAMOUS | Famous Fresh Produce | P O Box  523992 | | Miami | FL | 33152 | 650.00 | 650.00 |
| 2.72 | PACA PRIORITY | | NO | FARM | Farmers Mart | 81 South West 5th Street | | Pompano Beach | FL | 33060 | 540.00 | 540.00 |
| 2.73 | PACA PRIORITY | | NO | FAPODI | Farmer's Potato Distributing, LLC | PO Box 50008 | | Jacksonville | FL | 32240-0008 | 9,199.50 | 9,199.50 |
| 2.74 | PACA PRIORITY | | NO | FLELPR | Florida Elite Produce, Inc. | 1839 Dover Road N. | | Dover | FL | 33527 | 18,907.30 | 18,907.30 |
| 2.75 | PACA PRIORITY | | NO | FLOFRU | Florida Fruit Co | 1223 NW 21 Street | | Miami | FL | 33142 | 1,590.00 | 1,590.00 |
| 2.76 | PACA PRIORITY | | YES | FREEDO | Freedom Fresh | 11001 NW 124th St. | | Medley | FL | 33178 | 6,696.25 | 6,696.25 |
| 2.77 | PACA PRIORITY | | NO | VICTOR | Fresh and Healthy Foods Inc | 2500 NW 79th Ave.. | | Miami | FL | 33122 | 1,500.00 | 1,500.00 |
| 2.78 | PACA PRIORITY | | NO | FRESHORI | Fresh Origins, LLC | 570 Quarry Road | | San Marcos | CA | 92069 | 2,599.00 | 2,599.00 |
| 2.79 | PACA PRIORITY | | NO | FRONTI | Front Street Commodities Corp. | 3 Bala Plaza | Suite 202 East | Bala Cynwyd | PA | 19004 | 1,611.00 | 1,611.00 |
| 2.80 | PACA PRIORITY | | NO | FULINC | Fullei Fresh | 400 NE 67 Street | Bay D | Miami | FL | 33138 | 237.30 | 237.30 |
| 2.81 | PACA PRIORITY | | NO | GARGIU | Gargiulo Inc | 15000 Old 41 North | | Naples | FL | 34110 | 3,221.60 | 3,221.60 |
| 2.82 | PACA PRIORITY | | NO | GARLAND | Garland Food | 3330 NW 60 Street | | Miami | FL | 35142 | 14,566.50 | 14,566.50 |
| 2.83 | PACA PRIORITY | | YES | GEPRIN | Genaro Produce Inc. | 1200 NW 22 Street | | Miami | FL | 33142 | 96,416.10 | 96,416.10 |
| 2.84 | PACA PRIORITY | | NO | GIL | Gil's Fruit & Flowers | 1860 N W 17 Ave | | Miami | FL | 33125 | 60.00 | 60.00 |
| 2.85 | PACA PRIORITY | | NO | GLOB1 | Global Perishable Services, LLP. | 1665 NW 102 Avenue | Suite #108 | Miami | FL | 33172 | 2,229.39 | 2,229.39 |
| 2.86 | PACA PRIORITY | | NO | GULF1 | Gulfshore Produce, Inc. | P.O. Box 2524 | | Fort Meyers | FL | 33902 | 2,330.00 | 2,330.00 |
| 2.87 | PACA PRIORITY | | NO | PROACT | Harvest Sensations | 1205 Wholesale Street | | Los Angeles | CA | 90021 | 10,323.00 | 10,323.00 |
| 2.88 | PACA PRIORITY | | NO | HERHOU | Herbal House Quality Gardens | P.o. Box 52-7445 | | Miami | FL | 33152-7445 | 2,379.60 | 2,379.60 |
| 2.89 | PACA PRIORITY | | NO | HERLUN | Hernandez  & Luna Produce | 2151 N.w. 13th Ave | | Miami | FL | 33142 | 17,021.00 | 17,021.00 |
| 2.90 | PACA PRIORITY | | NO | HOLGRE | Hollar  & Greene  Produce Co.  Inc | P.o. Box 3500 | | Boone | NC | 28607 | 3,455.00 | 3,455.00 |
| 2.91 | PACA PRIORITY | | NO | HUNSADER | Hunsader Farms INC | 5500 CR 675 | | Bradenton | FL | 34211 | 18,757.20 | 18,757.20 |
| 2.92 | PACA PRIORITY | | NO | JRFARMS | J & R Farms | 1839 NW 131 Ave | | Pembroke Pines | FL | 33028 | 13,654.00 | 13,654.00 |
| 2.93 | PACA PRIORITY | | NO | JLTOM | J.L. Tomato, LLC. | 10525 S.W. 139 Ct | | Miami | FL | 33186 | 4,352.00 | 4,352.00 |
| 2.94 | PACA PRIORITY | | NO | JACFLO | Jacinto Flores | 373 S.e. 4th St | | Belle Glade | FL | 33430 | 4,795.00 | 4,795.00 |
| 2.95 | PACA PRIORITY | | NO | LEA000 | Leasa  Industries Company Inc | 2450 N.w. 76th Street | | Miami | FL | 33147 | 3,282.85 | 3,282.85 |
| 2.96 | PACA PRIORITY | | NO | M&MWES | M & M West Coast Produce, Inc | 201 Monterey  Salinas Hyway | Suite B | Salinas | CA | 93908 | 17,398.55 | 17,398.55 |
| 2.97 | PACA PRIORITY | | NO | MRPDIS | M & P Produce Distributors Inc | 134 Wesley Drive | | Swedesboro | NJ | 08085 | 125,926.24 | 125,926.24 |
| 2.98 | PACA PRIORITY | | NO | MKP | Mineral King Produce, LLC | 1501 South Lovers Lane | Suite A | Visalia | CA | 93292 | 77,193.00 | 77,193.00 |
| 2.99 | PACA PRIORITY | | NO | MORENO | Moreno Farms, Inc | 12995 SW 132 CT | | Miami | FL | 33186 | 2,080.00 | 2,080.00 |
| 2.100 | PACA PRIORITY | | NO | MUZZI | Muzzi Family Farms, LLC | 38-A Bluff Road | | Moss Landing | CA | 95039 | 13,481.20 | 13,481.20 |
| 2.101 | PACA PRIORITY | | NO | NATF1 | Nature Fresh Farms | 634 Mesea Road 7 | | Leamington, Ontario | CA | N8H3V8 | 4,399.00 | 4,399.00 |
| 2.102 | PACA PRIORITY | | NO | NEXPOR | Next-port Inc. | 1101 NW 23rd ST | | Miami | FL | 33127 | 480.00 | 480.00 |
| 2.103 | PACA PRIORITY | | NO | NIA1 | Niagara Fruit Company | 5796 Wilson-Burt Road | | Burt | NY | 14028 | 34,692.00 | 34,692.00 |
| 2.104 | PACA PRIORITY | | NO | OAKES | Oakes Farms Food Service | 4206 Mercantile Ave | | Naples | FL | 34104 | 92,943.25 | 92,943.25 |
| 2.105 | PACA PRIORITY | | NO | PEPPRO | Pepe Produce | 1221 N. W. 22 St | | Miami | FL | 33142 | 4,852.50 | 4,852.50 |
| 2.106 | PACA PRIORITY | | NO | PERPAC | Pero Family Farms Food Co.,LLC | 14095 State Rd. 7 | | Delray Bch | FL | 33446 | 9,765.85 | 9,765.85 |
| 2.107 | PACA PRIORITY | | NO | PETERSON | Peterson Farms Fresh, Inc | P.O. Box 95 | | Shelby | MI | 49455 | 24,200.00 | 24,200.00 |
| 2.108 | PACA PRIORITY | | YES | POTA1 | Potato Choice | 764 NW 29 Street | | Miami | FL | 33125 | 4,134.00 | 4,134.00 |
| 2.109 | PACA PRIORITY | | YES | PREMIER | Premier Produce | PO BOX 5606 | | CAROL STREAM | IL | 60197 | 4,885.75 | 4,885.75 |
| 2.110 | PACA PRIORITY | | NO | QUAFIR | Quality First Produce Inc | P.o. Box 901177 | | Homestead | FL | 33090-1177 | 156,257.74 | 156,257.74 |
| 2.111 | PACA PRIORITY | | NO | QQE | Quality Quail Eggs Corp | 11304 Nw 58 Terr | | Doral | FL | 33178 | 127.00 | 127.00 |
| 2.112 | PACA PRIORITY | | NO | REDLA1 | Redland's Best | 20601 SW 194 Avenue | P O Box 924303 | Miami | FL | 33187 | 462.00 | 462.00 |
| 2.113 | PACA PRIORITY | | NO | RICHIE | Richie Boice Tomato Sales Llc | 1368 NW 100th Drive | | Coral Springs | FL | 33071 | 2,340.00 | 2,340.00 |
| 2.114 | PACA PRIORITY | | NO | ROBERT | Robert Erneston Produce | 630 S.E FLAGER AVE | | STUART | FL | 34994-2203 | 21,730.00 | 21,730.00 |
| 2.115 | PACA PRIORITY | | NO | SAMEX | Samex Produce Corp | 2051 NW 15th Ave | | Miami | FL | 33142 | 2,800.00 | 2,800.00 |
| 2.116 | PACA PRIORITY | | NO | SANCHEZ | SANCHEZ PRODUCE | 10401 NW 132 Street | | Hialeah Gardens | FL | 33018 | 2,097.00 | 2,097.00 |
| 2.117 | PACA PRIORITY | | NO | SEVSEA | Seven Seas Miami | 1500 N.W. 96th Ave | | Doral | FL | 33172 | 23,931.00 | 23,931.00 |

The Produce Connection, Inc.                                                                                                                                                                      Case number: 16-26156-AJC

| | PRIORITY LEVEL | CLAIM STATUS | OFFSET? | ACCOUNT # | VENDOR NAME | ADDRESS | | CITY | STATE | ZIP CODE | CLAIM AMOUNT | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.118 | PACA PRIORITY | | YES | OFF | So Fresh Wholesale Corp. | 1378 NW 22nd Street | | MIAMI | FL | 33142 | 85,362.00 | 85,362.00 |
| 2.119 | PACA PRIORITY | | NO | SOL | Sol Group Marketing Company | PO Box 743087 | | Atlanta | GA | 30374-3087 | 1,947.00 | 1,947.00 |
| 2.120 | PACA PRIORITY | | NO | SOTO | Sotolongo Farms, LLC | 633 Peppergrass Run | | Royal Palm Beach | FL | 33411 | 525.00 | 525.00 |
| 2.121 | PACA PRIORITY | | NO | STAFRE | Stay Fresh Produce | 16150 Aviatin Loop | Suite 152 | Brooksville | FL | 34604 | 24,909.00 | 24,909.00 |
| 2.122 | PACA PRIORITY | | NO | SUBEIN | Sun Belle, Inc | 3810  Rose Street | | Schiller Park | IL | 60176 | 4,250.00 | 4,250.00 |
| 2.123 | PACA PRIORITY | | NO | SUCITY | Sun Commodities Inc | 2230 SW 2 nd  St. | | Pompano Beach | FL | 33069 | 96,138.40 | 96,138.40 |
| 2.124 | PACA PRIORITY | | NO | TONY1 | Tony Palumbo Mushroom & Truck LLC | PO Box 1164 | | Avondale | PA | 19311 | 22,338.60 | 22,338.60 |
| 2.125 | PACA PRIORITY | | NO | UFI | United Foods Inc. | P.O. Box 2935 | | Hallandale | FL | 33009 | 320.00 | 320.00 |
| 2.126 | PACA PRIORITY | | NO | VIV | Vivid Fruit and Produce | 789 Harding Highway | | Buena | NJ | 08310-153 | 2,581.75 | 2,581.75 |
| 2.127 | PACA PRIORITY | | NO | WAYNE | Wayne E. Bailey Produce Company | P. O. Box  600026 | | Raleigh | NC | 27675 | 13,725.00 | 13,725.00 |
| 2.128 | PACA PRIORITY | | NO | MELISS | World Variety Produce,Inc. | PO Box 514599 | | Los Angeles | CA | 90051 | 10,757.00 | 10,757.00 |
| 2.129 | PACA PRIORITY | | NO | WPPRCO | Wp Produce Corp. | 1471 N.W. 21 St | | Miami | FL | 33142 | 13,012.50 | 13,012.50 |
| 2.130 | PACA PRIORITY | | NO | YES | YES FRESH, INC. | 555 NE 15th St. | Suite 25 H | Miami | FL | 33132 | 1,869.00 | 1,869.00 |

| TOTAL AMOUNT OF WAGES PRIORITY: | 14,935.93 |
|---|---|
| TOTAL AMOUNT OF PACA PRIORITY CLAIMS | 2,062,949.64 |
| TOTAL AMOUNT OF CLAIMS: | $ 2,077,885.57 |

The Produce Connection, Inc.

**PART 2 # 3**

| | PRIORITY LEVEL | CLAIM STATUS | OFFSET? | ACCOUNT # | VENDOR NAME | ADDRESS | | CITY | STATE | ZIP CODE | CLAIM AMOUNT | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Not Priority | | NO | AWU | A W U | 1100 High Ridge Road | Suite 203 | Stamford | CT | 06905 | 1,086.46 | 1,086.46 |
| 3.2 | Not Priority | | NO | ABAWI | ABA Worldwide Inc. | 13155 S.W. 134th Street | Suite 104 | Miami | FL | 33186 | 9,550.00 | 9,550.00 |
| 3.3 | Not Priority | | NO | AIRFLA | AirFlamenco | PO Box 810352 | | Carolina | PR | 98103 | 1,615.79 | 1,615.79 |
| 3.4 | Not Priority | | NO | ALEPAD | Al Padron Refrigeration LLC | 4428 NW 23 rd  Ct. | | Miami | FL | 33142 | 2,207.35 | 2,207.35 |
| 3.5 | Not Priority | | NO | ALLP | All Points Transportation, LLC | P O Box 772155 | | Miami | FL | 33177 | 87,590.00 | 87,590.00 |
| 3.6 | Not Priority | | NO | ALLSTA | Allstate Benefits | P O Box 678227 | | Dallas | TX | 75267 | 661.60 | 661.60 |
| 3.7 | Not Priority | | NO | AMERCON | American Consolidation & Logistics | 12707 NW 42 Ave | | Opa Locka | FL | 33054 | 854.00 | 854.00 |
| 3.8 | Not Priority | | NO | AMEEXP | American Express | P.o. Box 360001 | | Fort Lauderdale | FL | 33336-0001 | 34,071.16 | 34,071.16 |
| 3.9 | Not Priority | | NO | ARCOMP | Arca Computers | 15951 Ne Miami Drive | | N. Miami Beach | FL | 33162 | 950.00 | 950.00 |
| 3.10 | Not Priority | | NO | ATT000 | AT&T | AT&T | P.O. BOX 5019 | CAROL STREAM | IL | 60197-5019 | 1,132.61 | 1,132.61 |
| 3.11 | Not Priority | | NO | ATTWIR | AT&T Wireless Services | P.O. Box 551268 | | Jacksonville | FL | 32255 | 6,304.22 | 6,304.22 |
| 3.12 | Not Priority | | NO | BAT | Battery Sales | 1500 N.W. 20 th Street | | Miami | FL | 33142 | 1,217.61 | 1,217.61 |
| 3.13 | Not Priority | | NO | BELOW | Below Zero Reefer | 27241 SW 167th CT | | Honestead | FL | 30031 | 178.69 | 178.69 |
| 3.14 | Not Priority | | NO | BEFLSU | Berkeley Florist Supply Co. Inc | 2360 NW 23 Street | | Miami | FL | 33142 | 171.25 | 171.25 |
| 3.15 | Not Priority | | NO | BIGC1 | Big Chef | 4811 South State Road 7 | | Davie | FL | 33314 | 262.50 | 262.50 |
| 3.16 | Not Priority | | NO | CRISTO | C & J  Purveyors | 5592 Se 114 Ave | | Cooper City | FL | 33330 | 15,070.66 | 15,070.66 |
| 3.17 | Not Priority | | NO | CAMARADA | CAMARADA INC. | 7510 Carlyle Avenue | Apt 5 | Miami Beach | FL | 33141 | 30.00 | 30.00 |
| 3.18 | Not Priority | | NO | CAPONE | Capital One, Bank ( USA ), N.A. | P.O. Box 71083 | | Charlotte | NC | 28272-1083 | 350.00 | 350.00 |
| 3.19 | Not Priority | | NO | CHRYSLER | Chrysler Capital | P O Box 660335 | | Dallas | TX | 75266 | 488.28 | 488.28 |
| 3.20 | Not Priority | | NO | CINTASAD | CINTAS | P.O. Box 631025 | | Cincinnati | OH | 45263-1025 | 956.76 | 956.76 |
| 3.21 | Not Priority | | NO | CINTAS | Cintas Corp, Location 017 | 1111 NW 209th  Avenue | | Pembroke Pines | FL | 33029 | 1,666.52 | 1,666.52 |
| 3.22 | Not Priority | | NO | COLONIAL | Colonial Life | Premium Processing | P O Box 903 | Columbia | SC | 29202-0903 | 96.56 | 96.56 |
| 3.23 | Not Priority | | NO | COMCAST | COMCAST | P O Box  530099 | | Atlanta | GA | 30353-009 | 319.13 | 319.13 |
| 3.24 | Not Priority | | NO | CFI | Commodity Forwarders Inc. | 11101 S La Cienega Blvd | | Los Angeles | CA | 90045 | 1,586.60 | 1,586.60 |
| 3.25 | Not Priority | | NO | COVER | Coverall North America, Inc | 2000 NW 150 th Avenue | Suite 2110 | Pembroke Pines | FL | 33028 | 1,155.60 | 1,155.60 |
| 3.26 | Not Priority | | NO | DEN | Den-Mar Exports | 1200  N W  22  STREET | | MIAMI | FL | 33142 | 58.00 | 58.00 |
| 3.27 | Not Priority | | NO | DEPPAC | Dependable Packaging Solutions | 3505 N W 123rd  Street | | Miami | FL | 33167 | 9,346.10 | 9,346.10 |
| 3.28 | Not Priority | | NO | DURA | Dura Bond Company | 142 NW 29th St | | Miami | FL | 33127 | 8,400.00 | 8,400.00 |
| 3.29 | Not Priority | | NO | CAL | Eggs America | 6003 West Overland Road | Suite # 204 | Boise | ID | 83709 | 11,781.00 | 11,781.00 |
| 3.30 | Not Priority | | NO | EULER | Euler Hermes Services North America | 800 Red Brook Blvd | | Owings Mills | MD | 21117-1008 | 5,050.41 | 5,050.41 |
| 3.31 | Not Priority | | NO | EXIN1 | Export Insurance Services, Inc. | P.O. Box 211837 | | Augusta | GA | 30917-1837 | 600.00 | 600.00 |
| 3.32 | Not Priority | | NO | MOBOIL | Exxonmobil | PO BOX 78001 | | Phoenix | AZ | 85062-8001 | 2,508.89 | 2,508.89 |
| 3.33 | Not Priority | | NO | FEDEX1 | FedEx | PO Box 660481 | | Dallas | TX | 75266 | 270.55 | 270.55 |
| 3.34 | Not Priority | | NO | FIRSTS | First Star Logistics, LLC | P O Box 56346 | | Atlanta | GA | 30343 | 6,291.50 | 6,291.50 |
| 3.35 | Not Priority | | NO | FLA BEAU | Florida Beauty Flora | 1351 N.W. 78  AVE. | Attn: Ronen Koubi | MIAMI | FL | 33126 | 1,080.00 | 1,080.00 |
| 3.36 | Not Priority | | NO | FLDEAG | Florida Dept. Of Agric. & Cons. Ser | PO Box 6700 | | Tallahassee | FL | 32314-6700 | 365.00 | 365.00 |
| 3.37 | Not Priority | | NO | FAK1 | Freight All Kinds, Inc. | 10885 East 51st Avenue | | Denver | CO | 80239 | 1,950.00 | 1,950.00 |
| 3.38 | Not Priority | | NO | FRESOW | Fresh Software Solutions | 1717 N Naper Blvd. | Suite 207 | Naperville | IL | 60563 | 10,450.00 | 10,450.00 |
| 3.39 | Not Priority | | NO | GECA1 | G.E. Capital - Wells Fargo Fin Serv | P.O. Box 105710 | | Atlanta | GA | 30348-5710 | 9,005.10 | 9,005.10 |
| 3.40 | Not Priority | | NO | HERTIR | Herrera Tire Service | 2701 N.w. 7th Avenue | | Miami | FL | 33127 | 2,091.85 | 2,091.85 |
| 3.41 | Not Priority | | NO | HIAPRO | Hialeah Products Company | Po Box 223247 | 2207  HAYES STREET | Hollywood | FL | 33020 | 296.22 | 296.22 |
| 3.42 | Not Priority | | NO | HOMDEP | Home Depot/gecf | P.o. Box 9055 | | Des Moines | IA | 50368-905 | 220.09 | 220.09 |
| 3.43 | Not Priority | | NO | INTERS | Interstate Billing Service, Inc | P O Box 2208 | | Decatur | AL | 35609 | 146.08 | 146.08 |
| 3.44 | Not Priority | | NO | ISLAND | Island Dairy Distributors, Inc | 240 N.E. 71 st | | Miami | FL | 33138 | 20,231.66 | 20,231.66 |
| 3.45 | Not Priority | | NO | ISUZUFI | Isuzu Finance of America, Inc | 7865 Solution Center | | Chicago | IL | 60677-700 | 15,247.74 | 15,247.74 |
| 3.46 | Not Priority | | NO | JETBLUE | JetBlue Airways | Dallas Lockbox/ JetBlue Airway | PO Box 841895 | Dallas | TX | 75284-1895 | 1,747.69 | 1,747.69 |
| 3.47 | Not Priority | | NO | KSDT | Kabat Schertzer DeLaTorre Taraboulo | 9300 South Dadeland Boulevard | Suite 600 | Miami | FL | 33156 | 5,275.00 | 5,275.00 |
| 3.48 | Not Priority | | NO | KEFRJU | Kennesaw Fruit & Juice | 1300  S.w.  1st Court | | Pompano Beach | FL | 33069 | 6,334.80 | 6,334.80 |
| 3.49 | Not Priority | | NO | LANK | Lank Oil Company | P. O. Box 100909 | | Ft. Lauderdale | FL | 33310 | 18,917.10 | 18,917.10 |
| 3.50 | Not Priority | | NO | LEVY | Levy Advertising | 8375 N.W. 30 TH Terrace | | Miami | FL | 33122 | 379.05 | 379.05 |
| 3.51 | Not Priority | | NO | LIAS1 | Liason Canada/US Logistic | 2360 NW 66 Avenue | Building 701  Suite 209 | Miami | FL | 33122 | 9,091.50 | 9,091.50 |
| 3.52 | Not Priority | | NO | LCS | License Compliance Servies | 605 Fifth Avenue South | Suite 400 | Seattle | WA | 98104 | 740.00 | 740.00 |
| 3.53 | Not Priority | | NO | MUNN | Munn & Associates | 3400 West Marshall | Suite 200 | Longview | TX | 75604 | 1,324.00 | 1,324.00 |

The Produce Connection, Inc.

Case number: 16-26156-AJC

| | PRIORITY LEVEL | CLAIM STATUS | OFFSET? | ACCOUNT # | VENDOR NAME | ADDRESS | | CITY | STATE | ZIP CODE | CLAIM AMOUNT | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.54 | Not Priority | | NO | NATI | National Sunshine Auto Parts | 3051 N.W. 27th  Ave | | Miami | FL | 33142 | 1,387.96 | 1,387.96 |
| 3.55 | Not Priority | | NO | NEXTRAN | Nextran  Truck Center | 6801 NW 74 AVE | | Miami | FL | 33166 | 56.28 | 56.28 |
| 3.56 | Not Priority | | NO | OFEQP | Office Equipment Finance Services | 1310 Madrid Street | Suite 101 | Marshall | MN | 56258-4002 | 212.00 | 212.00 |
| 3.57 | Not Priority | | NO | ORKIN | Orkin INC | 9505 N.W.  40th Street Road | | Doral | FL | 33178 | 553.86 | 553.86 |
| 3.58 | Not Priority | | NO | PAST1 | Pasto Verde | 9230 NW 12 Street | | Miami | FL | | 1,020.00 | 1,020.00 |
| 3.59 | Not Priority | | NO | PAUBEL | Paul Belanger | 362 Baltic Ave., Unit 3R | | Brooklyn | NY | 11211 | 44,000.00 | 44,000.00 |
| 3.60 | Not Priority | | NO | ALLY | Payment Processing Center | P O Box 78234 | | Phoenix | AZ | 85062-823 | 503.28 | 503.28 |
| 3.61 | Not Priority | | NO | RCH1 | Performance Packaging, LLC | P.O. Box  2048 | | Belle Glade | FL | 33430 | 25,200.00 | 25,200.00 |
| 3.62 | Not Priority | | NO | PHSVOV | PSV, PA | Presidential Circle 4000 | 4000 Hollywood Bouleavard, Suite 50 | Hollywood | FL | 33021 | 14,249.62 | 14,249.62 |
| 3.63 | Not Priority | | NO | PHILLIPS | Phillips, Cantor, Skhalek, Rubin | 400 Hollywood Blvd. | Suite 500 North | Hollywood | FL | 33021 | 14,521.05 | 14,521.05 |
| 3.64 | Not Priority | | NO | PRIMEINC | Prime Incorporated | P.O. Box 4208 | | Springfield | MO | 65808 | 300.00 | 300.00 |
| 3.65 | Not Priority | | NO | REBOCR | Red Book Credit Services | Po Box 2939 | | Shawnee Mission | KS | 66210- | 829.00 | 829.00 |
| 3.66 | Not Priority | | NO | REED | Reed Transport Services, Inc. | P.O. Box 2527 | | Brandon | FL | 33509-2527 | 65,108.00 | 65,108.00 |
| 3.67 | Not Priority | | NO | ROADRUN | Roadrunner Transportation Systems | Truckload Plus Division | P.O. Box 809267 | Chicago | IL | 60680-9267 | 59,698.00 | 59,698.00 |
| 3.68 | Not Priority | | NO | ROTH | Roth, Jonas, Mittelberg & Hartney, | CPA's, P.A. | 8370 W Flagler Street, Suite 1 | Miami | FL | 33144 | 2,825.00 | 2,825.00 |
| 3.69 | Not Priority | | NO | RAYDER | Ryder Transportation Services | P.o. Box 402366 | | Atlanta | GA | 30384-2366 | 257.42 | 257.42 |
| 3.70 | Not Priority | | NO | SCHOOL | School District Publishing | P O Box 489 | | Riesel | TX | 76682 | 368.00 | 368.00 |
| 3.71 | Not Priority | | NO | SIMPLY | Simply Water | 16533 NE 26th Place | | Miami | FL | 33160 | 1,198.40 | 1,198.40 |
| 3.72 | Not Priority | | NO | SOMMER | Sommer Maid Creamery | P O Box 350 | | Doylestown | PA | 18901 | 25,818.63 | 25,818.63 |
| 3.73 | Not Priority | | NO | STAPL | Staples  Advantage | P. O. Box  405386 | Dept  ATL | Atlanta | GA | 30384-5386 | 404.88 | 404.88 |
| 3.74 | Not Priority | | NO | STOKFOLK | Stok Folk + Kon | 18851 NE 29th Avenue | Suite 1005 | Aventura | FL | 33180 | 9,905.33 | 9,905.33 |
| 3.75 | Not Priority | | NO | SUK | Suki Eggs | PO BOX 420367 | 1486 NW 23 St | Miami | FL | 33142 | 3,794.40 | 3,794.40 |
| 3.76 | Not Priority | | NO | SUNBIO | Sun Biodiesel | 6812 SW 81 ST | | MIAMI | FL | 33143 | 949.14 | 949.14 |
| 3.77 | Not Priority | | NO | TEN | Tennant Sales and Service Company | P.O. Box 71414 | | Chicago | IL | 60694-1414 | 588.64 | 588.64 |
| 3.78 | Not Priority | | NO | TMOBILE | T-Mobile | PO Box 790047 | | St. Louis | MO | 63179-0047 | 1,825.90 | 1,825.90 |
| 3.79 | Not Priority | | NO | TOTAL | Total Pack | P.O. Box 52-2922 | | Miami | FL | 33152 | 7,662.29 | 7,662.29 |
| 3.80 | Not Priority | | NO | UNHECA | United Health Care Insurance Co | Dept. CH 10151 | | Palatine | IL | 60055-0151 | 16,316.50 | 16,316.50 |
| 3.81 | Not Priority | | NO | USDA | USDA | 1400 Independence Ave, S.W. | | Washington | DC | 20250 | 652.10 | 652.10 |
| 3.82 | Not Priority | | NO | USDFRE | USDA - AMS F&V Fresh Branch | P.O. Box 790306 | | St Louis | MO | 63179-0306 | 586.27 | 586.27 |
| 3.83 | Not Priority | | NO | VERNIS | Vernis & Bowling of Miami, P.A. | 1680 N.E. 135th Street | Second Floor | North Miami | FL | 33181 | 20,000.00 | 20,000.00 |
| 3.84 | Not Priority | | NO | ALWASE | Waste Services Of Florida, Inc. | P. O. Box 6494 | | Carol Stream | IL | 60197 | 4,848.56 | 4,848.56 |
| 3.85 | Not Priority | | NO | WOODBUS | Wood Business Systems | 5555 Nob Hill Road | | Sunrise | FL | 33351 | 242.41 | 242.41 |
| 3.86 | Not Priority | | NO | ZABILE | Zabile Incorporated | PO Box 144 | | Mineral Bluff | GA | 30559 | 4,205.00 | 4,205.00 |
| 3.87 | Not Priority | | NO | ZEESER | Zee Medical Inc | P.o. Box  781534 | | Indpls | IN | 46278 | 1,006.34 | 1,006.34 |

| | |
|---|---|
| **TOTAL AMOUNT OF NON-PRIORITY CLAIMS:** | **649,866.94** |
| **TOTAL AMOUNT OF CLAIMS:** | **$      649,866.94** |

**Fill in this information to identify the case:**

Debtor name  The Produce Connection, Inc.

United States Bankruptcy Court for the:    Southern          District of    FL
                                                                        (State)
Case number (If known):    16-26156-AJC          Chapter    7

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | 3 Truck Loans<br>Isuzu #1, Isuzu #2, Isuzu #3 | BMO Harris Bank<br>P.O. Box 642222  Pittsburgh, PA 15264 |
| State the term remaining | 2 years remaining | |
| List the contract number of any government contract | Account/Contract# 7789313001 | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | 1 Truck Loan<br>2012 Ram 1500 | Ally<br>P.O. Box 8100  Hunt Valley, MD 21030 |
| State the term remaining | 12 months remaining | |
| List the contract number of any government contract | Account/Contract# 81655 | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | 1 Truck Loan<br>2014 Ram 1500 | Crysler Capital<br>P.O. Box 660335  Dallas, TX 75266 |
| State the term remaining | 28 months remaining | |
| List the contract number of any government contract | Account/Contract# 1760617 | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | 2 Truck Loans<br>2015 Isuzu #115, & 2015 Isuzu #116 | Isuzu Finance of America<br>7865 Solution Center<br>Chicago IL 60677 |
| State the term remaining | 37 months remaining | |
| List the contract number of any government contract | Account/Contract# LN112876 | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | 1 Truck Loan<br>2014 Isuzu #4 | Isuzu Finance of America<br>7865 Solution Center<br>Chicago IL 60677 |
| State the term remaining | 31 month remaining | |
| List the contract number of any government contract | Account/Contract# LN111051 | |

| Debtor | The Produce Connection, Inc. | Case number (if known) | 16-26156-AJC |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest
1 Van Loan
2012 Mercedes Benz Sprinter

State the term remaining
1 month remaining

List the contract number of any government contract
Account/Contract# 0100005026001

Mercedes Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

**2.7**

State what the contract or lease is for and the nature of the debtor's interest
1 Car Loan
Mercedes Benz CLA45

State the term remaining
35 months remaining

List the contract number of any government contract
Account/Contract#1024718627001

Mercedes Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

**2.8**

State what the contract or lease is for and the nature of the debtor's interest
1 Truck Loan
Ford F250

State the term remaining
3 months remaining

List the contract number of any government contract
Account/Contract# 47444149

Ford Credit
P.O. Box 650575
Dallas, TX 75265

**2.9**

State what the contract or lease is for and the nature of the debtor's interest
Business Loan

State the term remaining
7 months remaining

List the contract number of any government contract
Account/Contract # 33057

Quarterspot
4601 N. Fairfax Dr., Suite 1120
Arlington, VA 22203

**2.10**

State what the contract or lease is for and the nature of the debtor's interest
Business Loan

State the term remaining
23 years remaining

List the contract number of any government contract
Account/Contract# 3770976007

Small Business Administration
P.O. Box 740192
Atlanta, GA 740192

**2.11**

State what the contract or lease is for and the nature of the debtor's interest
1 Machinery Equipment Lease
Dorothy FAM Vegetable and Fruit Dicer

State the term remaining
8 months remaining

List the contract number of any government contract
Account/Contract# 001-0663215-500

Alliance Funding Group
P.O. Box 77077
Minneapolis, MN 55480-7777

**2.12**

State what the contract or lease is for and the nature of the debtor's interest
1 Equipment Loan
6 Hp Condenser with Evaporator

State the term remaining
12 months remaining

List the contract number of any government contract
Account/Contract# 2143033

Ascentium Capital
23970 Hwy 59 N
Kingwood, TX 77339

**Fill in this information to identify the case:**

Debtor name __The Produce Connection, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number (If known): __16-26156-AJC__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Bruce Fishbein  5220 SW 101 Terrace _Street_  Cooper City  FL  33328 _City  State  ZIP Code_ | | Sabadell United Mortgage | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Bruce Fishbein  5220 SW 101 Terrace _Street_  Cooper City  FL  33328 _City  State  ZIP Code_ | | SBA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Bruce Fishbein  5220 SW 101 Terrace _Street_  Cooper City  FL  3328 _City  State  ZIP Code_ | | Sabadell United Line of Credit | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 Morris Corbett  c/o Stok,Folk + Kon _Street_  18851 NE 29 Ave.,Ste 1005  Aventura  FL  33180 _City  State  ZIP Code_ | | Sabadell United Mortgage | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 Morris Corbett  c/o Stok,Folk + Kon _Street_  18851 NE 29 Ave., Ste 1005  Aventura  FL  33180 _City  State  ZIP Code_ | | SBA | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 Morris Corbett  c/o Stok,Folk + Kon _Street_  18851 NE 29 Ave., Ste 1005  Avnetura  FL  33180 _City  State  ZIP Code_ | | Sabadell United | ☒ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number (*if known*)_____
                Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

2.__  _____    Street _____    _____    ❑ D
                                                                                   ❑ E/F
                           _____                                ❑ G
                           City        State    ZIP Code

**Fill in this information to identify the case:**

Debtor name  The Produce Connection, Inc.

United States Bankruptcy Court for the:    Southern    District of  FL
(State)

Case number (If known):    16-26156-AJC

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................  $ 2,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................  $ 1,341,626.32

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................  $ 3,841,626.32

---

**Part 2:**    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................  $ 1,663,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $ 2,077,885.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................  + $ 649,866.94

4. **Total liabilities**...................................................................................................................  $ 4,390,752.51
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name __The Produce Connection, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __FL__
(State)

Case number (If known): __16-26156-AJC__

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 8,725,652.10 |
| **For prior year:** | From 01/01/2015<br>MM / DD / YYYY | to | 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 17,791,485.00 |
| **For the year before that:** | From 01/01/2014<br>MM / DD / YYYY | to | 12/31/2014<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 21,948,867.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  The Produce Connection, Inc.
or _____
        Name

Case number (if known) 16-26156-AJC _____

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.1.**  Please see attached<br>Creditor's name<br><br>Street<br><br>City  State  ZIP Code | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2.**<br>Creditor's name<br><br>Street<br><br>City  State  ZIP Code | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.**<br>Insider's name<br><br>Street<br><br>City  State  ZIP Code<br><br>Relationship to debtor | _____<br>_____<br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| **4.2.**<br>Insider's name<br><br>Street<br><br>City  State  ZIP Code<br><br>Relationship to debtor | _____<br>_____<br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor   The Produce Connection, Inc.
         _____
         Name

Case number (if known) 16-26156-AJC
                       _____

**5. Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____<br>_____ | _____ | $_____ |
| 5.2. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____<br>_____ | _____ | $_____ |

**6. Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____<br>_____<br>Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Hilda Maria Fernandez v.<br>The Produce Connection, Inc.<br>**Case number**<br>_____ | Mediation | Circuit of the 11th Judicial Court in and for<br>Name Miami Dade County<br>Street<br>175 NW 1st Avenue.<br>Miami        FL        33128<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case title**<br>7.2. Mac Edwards        v.  The Produce Connection<br>**Case number**<br>12-50320 CA 01(21) | | **Court or agency's name and address**<br>Circuit Court 11th Judicial Miami-Dade<br>Name<br>73 W. Flagler St.<br>Street<br>Miami, FL        33130<br>City        State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  The Produce Connection, Inc.
_____
Name

Case number (if known) 16-26156-AJC
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City        State        ZIP Code | Case number | Street |
| | | City        State        ZIP Code |
| | Date of order or assignment | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Diabetes Research Institute<br>Recipient's name<br>200 S. Park Rd. #100<br>Street<br>Hollywood        FL     33021<br>City        State        ZIP Code<br>Recipient's relationship to debtor | Check | 2015 | $ 4,000.00 (est.) |
| **9.2.** Recipient's name<br>Street<br>City        State        ZIP Code<br>Recipient's relationship to debtor | | | $ _____ |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ _____ |

Debtor   The Produce Connection, Inc.                              Case number (if known) 16-26156-AJC
         _____
         Name

---

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| **Street** | | | |
| _____ | | | |
| **City**        **State**    **ZIP Code** | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| **Street** | | | |
| _____ | | | |
| **City**        **State**    **ZIP Code** | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor   The Produce Connection, Inc.
_____
         Name

Case number (if known) 16-26156-AJC
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ___ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ___ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street _____ | | From _____ | To _____ |
| | City _____ State ___ ZIP Code ___ | | | |
| 14.2. | Street _____ | | From _____ | To _____ |
| | City _____ State ___ ZIP Code ___ | | | |

---

Debtor  The Produce Connection, Inc.
        _____
        Name

Case number (If known) 16-26156-AJC

---

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1.** 
Facility name _____

Street _____

City ____ State ____ ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*
☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.2.** 
Facility name _____

Street _____

City ____ State ____ ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*
☐ Electronically
☐ Paper

---

### Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☒ Yes. Fill in below:

Name of plan

The Produce Connection, Inc.

Employer identification number of the plan

EIN: 6 5 – 0 4 4 7 1 3 1

Has the plan been terminated?
☐ No
☒ Yes

---

Debtor __The Produce Connection, Inc._____     Case number (if known)__16-26156-AJC_____
      <u>Name</u>

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

Debtor    The Produce Connection, Inc.    Case number (if known) 16-26156-AJC
          _____
          Name

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor  The Produce Connection, Inc.
        _____
        Name

Case number (if known) 16-26156-AJC
                       _____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | A Cut Above the Rest, LLC<br>Name<br>2200 NW 23rd Street<br>Street<br>Miami  FL  33142<br>City  State  ZIP Code | Processing of fresh fruit and vegetables | EIN: 3 7 – 1 7 5 8 5 5 9<br>Dates business existed<br>From 4/2014  To 12/2016 |
| 25.2. | The Produce Connection Trucking<br>Name<br>2200 NW 23rd Street<br>Street<br>Miami  FL  33142<br>City  State  ZIP Code | Moving freight from one area to another | EIN: 6 5 – 1 0 6 4 2 7 7<br>Dates business existed<br>From 1/31/2001  To 12/2016 |
| 25.3. | B&M Brokerage<br>Name<br>2200 NW 23rd Street<br>Street<br>Miami  FL  33142<br>City  State  ZIP Code | Brokering of fresh fruit and vegetables | EIN: 6 5 – 0 7 2 5 0 5 4<br>Dates business existed<br>From 11/25/93  To 12/2016 |

Please see attached for the rest of the companies

---

| Debtor | The Produce Connection, Inc. | Case number (if known) | 16-26156-AJC |
|---|---|---|---|
| | Name | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. Paul Belanger – Wordford Advisors | | | From 6/2015  To 12/2016 |
| Name | | | |
| 362 Baltic Street, Unit 3R | | | |
| Street | | | |
| Brooklyn | NY | 11201 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. Hilda Fernandez – Office Controller | | | From 1/2012  To 8/2015 |
| Name | | | |
| 10309 NW 9 Street Cir. #103 | | | |
| Street | | | |
| Miami | FL | 33172 | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. KSDT & Co., LLC | | | From 2012  To 12/2016 |
| Name | | | |
| 9300 S. Dadeland Blvd. Ste 600 | | | |
| Street | | | |
| Miami | FL | 33156 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____  To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. KSDT & Co., LLC | | | |
| Name | | | |
| 9300 S. Dadeland Blvd. Ste 600 | | | |
| Street | | | |
| Miami | FL | 33156 | |
| City | State | ZIP Code | |

Debtor    The Produce Connection, Inc.                                    Case number (if known) 16-26156-AJC
          Name

|  | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1. **Knight Capital Funding**
Name
**9 East Lockerman Street, Suite 3A-543**
Street

| Dover | DE | 19901 |
|---|---|---|
| City | State | ZIP Code |

Name and address

26d.2. **FMS Advance Loan**
Name
**35 W. 31st Street, 6th Floor**
Street

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.
Name

Street

| City | State | ZIP Code |
|---|---|---|

Debtor  The Produce Connection, Inc.                                    Case number (if known) 16-26156-AJC
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce Fishbein | 5220 SW 101 Ter. Cooper City, FL 33328 | President | 50% |
| Morris Corbitt III | 18851 NE 29th Ave. Ste 1005 Aventura, FL 33180 | Secretary Treasurer | 50% |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Bruce Fishbein | $136,800.00 | 1/1/2016 | Salary |
| Name | | | |
| 5220 SW 101st Ter. | | thru | |
| Street | | | |
| Cooper City        FL        33328 | | 12/2/2016 | |
| City              State      ZIP Code | | | |
| Relationship to debtor | | | |

| Debtor | The Produce Connection, Inc. | Case number (if known) | 16-26156-AJC |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | $136,800.00 | 1/1/2016 | Salary |
|---|---|---|---|---|
| 30.2 | Morris Corbitt III | | thru | |
| | Name | | | |
| | 18851 NE 29th Avenue, Suite 1005 | | 12/2/2016 | |
| | Street | | | |
| | Aventura          FL          33180 | | | |
| | City          State          ZIP Code | | _____ | |
| | Relationship to debtor | | | |
| | 50% Owner | | _____ | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/01/2017
          MM / DD / YYYY

✗ _____          Printed name  Bruce Fishbein
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

**The Produce Connection, Inc.**                                     **Case number: 16-26156-AJC**

## PART 2, # 3

|      | Check # | Check Date | Vendor # | Name | Amount |
|------|---------|-----------|----------|------|--------|
| 3.01 | 124627 | 09/06/16 | CHUR1 | Church Brothers LLC | 15,255.60 |
| 3.02 | 124630 | 09/06/16 | SUCITY | Sun Commodities Inc | 15,461.25 |
| 3.03 | 0 | 09/08/16 | ADP | ADP | 33,414.78 |
| 3.04 | 124640 | 09/08/16 | CAPRO | Capital Produce Distributors | 13,569.00 |
| 3.05 | 124646 | 09/09/16 | COOSMI | Cooseman's Miami Inc | 11,009.50 |
| 3.06 | 124650 | 09/09/16 | OFF | So Fresh Wholesale Corp. | 7,083.00 |
| 3.07 | 124667 | 09/13/16 | BAYSHORE | Bayshore Produce LLC | 25,174.00 |
| 3.08 | 124670 | 09/13/16 | CAPRO | Capital Produce Distributors | 14,308.00 |
| 3.09 | 124698 | 09/13/16 | CHUR1 | Church Brothers LLC | 6,618.95 |
| 3.10 | 124684 | 09/13/16 | OFF | So Fresh Wholesale Corp. | 6,466.75 |
| 3.11 | 124692 | 09/13/16 | SUCITY | Sun Commodities Inc | 12,262.05 |
| 3.12 | 124694 | 09/13/16 | TONY1 | Tony Palumbo Mushroom & Truck LLC | 7,005.95 |
| 3.13 | 0 | 09/15/16 | ADP | ADP | 33,597.86 |
| 3.14 | 124744 | 09/21/16 | BLISS | Bliss Produce | 13,706.24 |
| 3.15 | 0 | 09/22/16 | ADP | ADP | 34,672.54 |
| 3.16 | 124730 | 09/22/16 | BAYSHORE | Bayshore Produce LLC | 31,781.70 |
| 3.17 | 124731 | 09/22/16 | CAPRO | Capital Produce Distributors | 15,294.80 |
| 3.18 | 124734 | 09/22/16 | SUCITY | Sun Commodities Inc | 19,342.35 |
| 3.19 | 124742 | 09/23/16 | COOSMI | Cooseman's Miami Inc | 8,267.00 |
| 3.20 | 124753 | 09/23/16 | OFF | So Fresh Wholesale Corp. | 6,533.75 |
| 3.21 | 124763 | 09/26/16 | LANK | Lank Oil Company | 11,993.83 |
| 3.22 | 124769 | 09/27/16 | NEIG | Neighborhood Health Partnership | 13,838.34 |
| 3.23 | 0 | 09/27/16 | MELON | Sabadell United Bank | 8,140.66 |
| 3.24 | 0 | 09/29/16 | ADP | ADP | 34,909.62 |
| 3.25 | 124777 | 09/29/16 | BAYSHORE | Bayshore Produce LLC | 31,659.80 |
| 3.26 | 124778 | 09/29/16 | CAPRO | Capital Produce Distributors | 16,243.50 |
| 3.27 | 124779 | 09/29/16 | CHUR1 | Church Brothers LLC | 12,310.00 |
| 3.28 | 124780 | 09/29/16 | SUCITY | Sun Commodities Inc | 19,750.75 |
| 3.29 | 124783 | 09/30/16 | COOSMI | Cooseman's Miami Inc | 8,090.00 |
| 3.30 | 124798 | 10/05/16 | ACUT1 | A Cut Above The Rest LLC | 12,800.00 |
| 3.31 | 124810 | 10/05/16 | BLISS | Bliss Produce | 27,062.77 |
| 3.32 | 124800 | 10/05/16 | CAPRO | Capital Produce Distributors | 14,455.00 |
| 3.33 | 124812 | 10/05/16 | OAKES | Oakes Farms Food Service | 28,128.78 |
| 3.34 | 124813 | 10/05/16 | ROBERT | Robert Erneston Produce | 13,766.93 |
| 3.35 | 0 | 10/06/16 | ADP | ADP | 34,928.63 |
| 3.36 | 124815 | 10/07/16 | BAYSHORE | Bayshore Produce LLC | 31,235.65 |
| 3.37 | 124831 | 10/07/16 | BROWW | Brown and Brown of Florida ,Inc | 10,739.96 |
| 3.38 | 124817 | 10/07/16 | CHUR1 | Church Brothers LLC | 6,766.85 |
| 3.39 | 124828 | 10/07/16 | SUCITY | Sun Commodities Inc | 18,709.90 |
| 3.40 | 124832 | 10/10/16 | COOSMI | Cooseman's Miami Inc | 9,605.50 |
| 3.41 | 0 | 10/12/16 | AMEEXP | American Express | 9,735.72 |

**The Produce Connection, Inc.**                    **Case number: 16-26156-AJC**

**PART 2, # 3**

|      | Check # | Check Date | Vendor # | Name | Amount |
|------|---------|------------|----------|------|--------|
| 3.42 | 124848 | 10/12/16 | HUNSADER | Hunsader Farms INC | 7,812.40 |
| 3.43 | 0 | 10/13/16 | ADP | ADP | 33,179.51 |
| 3.44 | 124851 | 10/13/16 | CAPRO | Capital Produce Distributors | 19,996.90 |
| 3.45 | 124854 | 10/14/16 | CHUR1 | Church Brothers LLC | 13,709.10 |
| 3.46 | 124852 | 10/14/16 | OFF | So Fresh Wholesale Corp. | 7,507.00 |
| 3.47 | 124860 | 10/14/16 | SUCITY | Sun Commodities Inc | 13,706.80 |
| 3.48 | 124866 | 10/17/16 | BAYSHORE | Bayshore Produce LLC | 35,628.11 |
| 3.49 | 124875 | 10/17/16 | ROBERT | Robert Erneston Produce | 6,445.97 |
| 3.50 | 0 | 10/17/16 | MELON | Sabadell United Bank | 8,140.66 |
| 3.51 | 124889 | 10/19/16 | ACUT1 | A Cut Above The Rest LLC | 6,850.61 |
| 3.52 | 0 | 10/20/16 | ADP | ADP | 34,644.17 |
| 3.53 | 124894 | 10/20/16 | CAPRO | Capital Produce Distributors | 25,857.30 |
| 3.54 | 124897 | 10/21/16 | M&MWES | M & M West Coast Produce, Inc. | 12,562.40 |
| 3.55 | 124899 | 10/21/16 | SUCITY | Sun Commodities Inc | 19,139.90 |
| 3.56 | 124906 | 10/25/16 | OFF | So Fresh Wholesale Corp. | 9,125.50 |
| 3.57 | 0 | 10/27/16 | ADP | ADP | 34,890.19 |
| 3.58 | 124929 | 10/28/16 | BROWW | Brown and Brown of Florida ,Inc | 16,631.80 |
| 3.59 | 124942 | 10/28/16 | NEIG | Neighborhood Health Partnership | 15,010.40 |
| 3.60 | 124944 | 10/28/16 | NIA1 | Niagara Fruit Company | 10,248.00 |
| 3.61 | 124945 | 10/28/16 | OFF | So Fresh Wholesale Corp. | 6,658.50 |
| 3.62 | 124954 | 10/28/16 | SUCITY | Sun Commodities Inc | 15,630.25 |
| 3.63 | 124960 | 11/01/16 | BAYSHORE | Bayshore Produce LLC | 34,674.70 |
| 3.64 | 124964 | 11/01/16 | BLISS | Bliss Produce | 11,706.87 |
| 3.65 | 124961 | 11/01/16 | CAPRO | Capital Produce Distributors | 28,405.90 |
| 3.66 | 124966 | 11/01/16 | OAKES | Oakes Farms Food Service | 19,347.89 |
| 3.67 | 124968 | 11/02/16 | ERNES | Erneston & Sons Produce Inc | 8,581.88 |
| 3.68 | 124969 | 11/02/16 | OAKES | Oakes Farms Food Service | 64,181.88 |
| 3.69 | 124970 | 11/02/16 | ROBERT | Robert Erneston Produce | 33,085.26 |
| 3.70 | 0 | 11/02/16 | MELON | Sabadell United Bank | 8,140.66 |
| 3.71 | 0 | 11/03/16 | ADP | ADP | 34,616.23 |
| 3.72 | 124977 | 11/03/16 | BAYSHORE | Bayshore Produce LLC | 30,030.08 |
| 3.73 | 124978 | 11/03/16 | CAPRO | Capital Produce Distributors | 14,929.44 |
| 3.74 | 124983 | 11/03/16 | CHUR1 | Church Brothers LLC | 14,021.01 |
| 3.75 | 124981 | 11/03/16 | COOSMI | Cooseman's Miami Inc | 9,904.50 |
| 3.76 | 124991 | 11/04/16 | COOSMI | Cooseman's Miami Inc | 16,341.50 |
| 3.77 | 125003 | 11/04/16 | REED | Reed Transport Services, Inc. | 6,900.00 |
| 3.78 | 125006 | 11/04/16 | OFF | So Fresh Wholesale Corp. | 9,825.50 |
| 3.79 | 125008 | 11/04/16 | SUCITY | Sun Commodities Inc | 13,046.00 |
| 3.80 | 125022 | 11/09/16 | ACUT1 | A Cut Above The Rest LLC | 6,768.78 |
| 3.81 | 0 | 11/10/16 | ADP | ADP | 35,539.67 |
| 3.82 | 125025 | 11/10/16 | CAPRO | Capital Produce Distributors | 15,085.35 |

**The Produce Connection, Inc.**                     **Case number: 16-26156-AJC**

## PART 2, # 3

| | Check # | Check Date | Vendor # | Name | Amount |
|---|---|---|---|---|---|
| 3.83 | 125027 | 11/10/16 | ROADRUN | Roadrunner Transportation Systems | 13,250.00 |
| 3.84 | 125030 | 11/11/16 | BAYSHORE | Bayshore Produce LLC | 35,499.66 |
| 3.85 | 125040 | 11/11/16 | CHUR1 | Church Brothers LLC | 13,492.57 |
| 3.86 | 125036 | 11/11/16 | LANK | Lank Oil Company | 9,741.10 |
| 3.87 | 125047 | 11/14/16 | SUCITY | Sun Commodities Inc | 18,214.20 |
| 3.88 | 125052 | 11/15/16 | ABAWI | ABA Worldwide Inc. | 6,500.00 |
| 3.89 | 0 | 11/15/16 | CEBOLLAS | Cebollas El Fali E Hijos S. L. | 8,094.00 |
| 3.90 | 125048 | 11/15/16 | COOSMI | Cooseman's Miami Inc | 12,308.75 |
| 3.91 | 125049 | 11/15/16 | OFF | So Fresh Wholesale Corp. | 11,377.75 |
| 3.92 | 125059 | 11/16/16 | ACUT1 | A Cut Above The Rest LLC | 6,902.99 |
| 3.93 | 0 | 11/16/16 | AMEEXP | American Express | 13,359.99 |
| 3.94 | 125028 | 11/16/16 | CAPRO | Capital Produce Distributors | 15,085.35 |
| 3.95 | 0 | 11/17/16 | ADP | ADP | 34,515.67 |
| 3.96 | 125074 | 11/18/16 | BAYSHORE | Bayshore Produce LLC | 35,872.18 |
| 3.97 | 125069 | 11/18/16 | COOSMI | Cooseman's Miami Inc | 13,698.00 |
| 3.98 | 125071 | 11/18/16 | OFF | So Fresh Wholesale Corp. | 12,740.50 |
| 3.99 | 125078 | 11/21/16 | ACUT1 | A Cut Above The Rest LLC | 10,000.00 |
| 4.00 | 0 | 11/23/16 | ADP | ADP | 34,151.42 |
| 4.01 | 125090 | 11/25/16 | BLISS | Bliss Produce | 38,113.36 |
| 4.02 | 125091 | 11/25/16 | ROBERT | Robert Erneston Produce | 23,904.56 |
| 4.03 | 125089 | 11/25/16 | SUCITY | Sun Commodities Inc | 18,024.20 |
| 4.04 | 125098 | 11/28/16 | UNHECA | United Health Care Insurance Co | 17,358.06 |
| 4.05 | 125102 | 11/29/16 | BAYSHORE | Bayshore Produce LLC | 23,671.40 |
| 4.06 | 125104 | 11/29/16 | BLISS | Bliss Produce | 12,903.35 |
| 4.07 | 125120 | 11/30/16 | ACUT1 | A Cut Above The Rest LLC | 6,593.30 |
| 4.08 | 0 | 12/01/16 | ADP | ADP | 34,539.24 |
| 4.09 | 125121 | 12/02/16 | OFF | So Fresh Wholesale Corp. | 16,621.00 |
| 4.10 | 0 | 12/05/16 | FIRSTINS | First Insurance Funding Corp. | 28,740.35 |

**The Produce Connection, Inc.**                    **Case number: 16-26156-AJC**

**PART 13 #25 CONTINUED**

25.4    Domestic Transportation Services
         2200 N.W. 23rd Street
         Miami, FL 33142
         Nature of Business: Local moving of Freight
         EIN: 45-9794993
         3/14/2012 to 12/2016

25.5    The Produce Connection of Broward, LLC
         2200 N.W. 23rd Street
         Miami, FL 33142
         Nature of Business: Distribution Fresh fruit and vegetables
         EIN: 26-4567395
         3/25/2009 to 12/2016

**The Produce Connection, Inc.**                    **Case number: 16-26156-AJC**

**Part 13: 26D CONTINUED**

26d.3.  U.S. Business Funding
         1 MacArthur Place, Suite 350
         Santa Ana, CA 92707

26d.4.  World Business Lenders
         120 W. 45th Street, 29th Floor
         New York, NY 10036

26d.5.  Milan Perlly
         Jolly Products Services, Inc.
         848 Pecosi Terrace
         Ocoee, FL 34761

26d.6.  Alantes Corporate Finance
         401 Park Ave. South, 10th Floor
         New York, NY 10016

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

Case No. 16-26156-AJC
Chapter 7

The Produce Connection, Inc.

Debtor

_____/

### STATEMENT OF DEBTOR
### REGARDING
### CORPORATE OWNERSHIP

[ ]  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

**(For additional names, attach an addendum to this form)**

[ x ]  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/01/2017

_____
Signature of Authorized Individual
For Corporation Debtor

Bruce Fishbein
Print Name

President
Title